# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATION EQUIPMENT, LLC,** | 6:15CV853 SEVERED FROM |
| Plaintiff, | **CASE NO. 6:13-CV-507** |
| v. | CONSOLIDATED WITH 6:13CV509 |
| **HTC CORPORATION, et al.,** | |
| Defendants. | |

## ORDER

In light of Pantech Co. Ltd.'s Notice of Bankruptcy Filing (Docket No. 457), the Court *sua sponte* **SEVERS** Pantech Co. Ltd. into a separate case, **STAYS** that case, and **ORDERS** Pantech Co. Ltd. to file a notice that the bankruptcy proceedings have concluded within ten days of their completion. Pantech Co. Ltd. is thereby excused from the September 22, 2015 hearing.

So ORDERED and SIGNED this 14th day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE