IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATION EQUIPMENT, LLC,** | § § § § |
| Plaintiff, | § § |
| v. | § CASE NO. 6:15-CV-853 § § |
| **PANTECH CO. LTD.,** | § § |
| Defendant. | § § |

### ORDER

Pantech Co. Ltd. filed a Notice of Bankruptcy Filing (6:13-CV-507, ECF 457) on August 31, 2015. In light of this, the Court *sua sponte* severed Pantech Co. Ltd. into a separate case, 6:15-CV-853. It is therefore

**ORDERED** that the above-styled civil case is **ADMINISTRATIVELY CLOSED**. This administrative closure shall not affect any rights of any of the parties or claimants. Pantech Co. Ltd. shall file a notice that the bankruptcy proceedings have concluded within ten days of their completion.

So ORDERED and SIGNED this 17th day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE