**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., Defendants. | **Civil Action No. 6:13-cv-507** <br><br> Consolidated Lead Case <br> CONSOLIDATED WITH 6:13CV509 |

## ORDER

Having considered the motion to sever and consolidate filed by the parties to Case No. 6:13-cv-509, a constituent case of the above-captioned Consolidated Lead Case, the Court **GRANTS** the motion and **ORDERS** that Case No. 6:13-cv-509 is severed from this Consolidated Lead Case and, from this point forward, is consolidated with Case No. 6:15-cv-853.  Case No. 6:15-cv-853 shall serve as the lead case for future filings regarding Case No. 6:15-cv-853 and/or Case No. 6:13-cv-509, and such consolidated action shall remain stayed pending conclusion of the Pantech Co. Ltd. bankruptcy proceedings in accordance with the Court's Order of September 14, 2015 (Case No. 6:15-cv-853, Docket No. 1) entered therein.

**Oct 22, 2015**

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE