# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>        Plaintiff,<br><br>v.<br><br>Pantech Co., Ltd., et al.,<br>        Defendants. | **Civil Action No. 6:15-cv-853**<br>(Severed/Consolidated Case) |

## NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY BY PANTECH WIRELESS, INC.

PLEASE TAKE NOTICE THAT Defendant Pantech Wireless, Inc. has filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Code for the Northern District of Georgia that has been assigned Case No. 16-bk-72088 and relief was ordered on December 9, 2016 and suggests that this action has been stayed by the operation of 11 U.S.C. § 362. See Exhibit A.

Dated: January 3, 2017

Respectfully submitted,

*/s/ Hae Chan Park*
Hae Chan Park
H.C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, Virginia 20191
Telephone: (703) 288-5105
Facsimile: (703) 288-5139
hpark@park-law.com

Attorney for Defendant
Pantech Wireless, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

                                                                         */s/ Hae Chan Park*
                                                                         Hae Chan Park